HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, Bar #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
FERNANDO GONZALEZ-CASTRO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00013-DAD-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO VACATE PRELIMINARY HEARING AND SET CHANGE OF PLEA** |
| vs. | |
| FERNANDO GONZALEZ-CASTRO, | Date: February 20, 2017<br>Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record, Assistant United States Attorney, ROSS PEARSON, counsel for plaintiff and Assistant Federal Defender, MEGAN T. HOPKINS, counsel for defendant, that the preliminary hearing set for February 1, 2017, be vacated, and that this matter be placed on calendar before the Honorable Judge Dale A. Drozd for Change of Plea and Sentencing on February 20, 2017 at 10:00 a.m.

The parties have resolved this case by plea agreement, and therefore a preliminary hearing, separate and apart from the change of plea and sentencing hearing, is no longer necessary. The plea agreement executed by the parties will be filed with the Court shortly, and a pre-sentence report will be available from the U.S. Probation office on February 8, 2017.

The parties agree that the delay resulting from this stipulation shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein

for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).  Time has previously been excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., through the February 1, 2017 preliminary hearing for *inter alia* defense preparation.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED:  January 31, 2017              */s/ Megan T. Hopkins*
Megan T. Hopkins
Assistant Federal Defender
Attorneys for Defendant
Elaina Norris

PHILLIP A. TALBERT
United States Attorney

DATED:  January 31, 2017              */s/ Ross Pearson*
ROSS PEARSON
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court has reviewed and considered the stipulation of the parties to vacate the preliminary hearing and set a change of plea hearing in this case.  Good cause appearing, the preliminary hearing as to Fernando Gonzalez-Castro currently set for February 1, 2017, before Magistrate Judge Sheila K. Oberto is vacated and a **change of plea hearing is set for February 22, 2017, at 10:00am in Courtroom 5 before District Judge Dale A. Drozd.**  The time period between February 1, 2017  and February 22, 2017 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as based on the representations of counsel the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **January 31, 2017**                                    
UNITED STATES DISTRICT JUDGE